AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Idaho

| | |
|---|---|
| United States of America<br>v.<br>CHAD JOSEPH LONGLEY<br><br>*Defendant(s)* | Case No. 1:21-mj-00566-REP |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __June 14, 2021__ in the county of __Ada__ in the _____ District of __Idaho__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 2252A(a)(5)(B) | Possession of Child Pornography |

This criminal complaint is based on these facts:

See attached affidavit of Detective Dustin Robinson.

☑ Continued on the attached sheet.

_____
*Complainant's signature*
Dustin Robinson, Detective Boise Police Dept./Special Deputy U.S. Marshal
*Printed name and title*

Sworn to before me telephonically and signed electronically via teleconference with the identity of the Complainant vouched for by Assistant United States Attorney __David G. Robins__ in accordance with the requirements of Fed. R. Crim. P. 4.1.

Date: __June 16, 2021__

_____
*Judge's signature*

City and state: __Boise, ID__

Hon. Raymond E. Patricco, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF AN
## APPLICATION FOR A CRIMINAL COMPLAINT

I, Dustin Robinson, a Detective with the Boise City Police Department/Special Deputy U.S. Marshal being first duly sworn, hereby depose and state as follows:

### AGENT BACKGROUND

1. Your affiant is a duly sworn police officer with the Boise Police Department. Your affiant has been employed by the Boise Police Department since June 2006 and has been a sworn law enforcement officer in Idaho since January 2004. Your affiant has successfully completed the Idaho Peace Officer Standards and Training in Meridian, Idaho, and holds a State of Idaho Advanced Law Enforcement Certificate. Your affiant is currently assigned to the Boise City Police Department's Special Victims Unit.

2. Your affiant is currently a full-time member of the Idaho Attorney General's Internet Crimes Against Children (ICAC) Unit. The Idaho ICAC Unit is the lead agency for the Idaho Crimes Against Children Task Force, which is a collaboration of federal, state, and local law enforcement agencies working to counter the threat of offenders using the Internet or other technology to sexually exploit children. As a member of the ICAC Unit, your affiant works with other agencies that may lack sufficiently trained investigators or may have manpower issues with investigations concerning the on-line sexual exploitation of minor children.

3. Your affiant has conducted, or participated in, numerous investigations relating to the possession, transportation, distribution, and trading of child pornography files and obscenity directed at minors. Your affiant has employed a variety of investigative techniques including physical surveillance, undercover operations, the execution of search warrants, and interviews of defendants, victims and witnesses.

4. Your affiant has attended a 40-hour Internet Crimes Against Children Investigation Techniques class taught by Fox Valley Technical College. Your affiant attended a 40-hour training by Fox Valley Technical College on Undercover Chat Concepts and Techniques. Fox Valley Technical College partners with the National Criminal Justice Training Center as part of the ICAC Task Force National Training Program. Your affiant also attended further training at the 2019 National Internet Crimes Against Children Conference. Your affiant has spoken with federal agents and state and local investigators who are knowledgeable regarding the methods and means used by individuals who buy, sell, trade, send and/or receive child pornography via the Internet, and these agents and investigators have related their personal knowledge to me and provided me with insight as to the manner in which evidence of these crimes is kept. In addition, your affiant has been personally involved in interviews of persons found in possession of child pornography. The majority of those offenders interviewed discussed or confessed to their sexual interest in children and the manner in which they seek out and locate child pornographic images and videos. During the course of my duties, your affiant has personally viewed sexually explicit pictures of minor children, depicting them in the nude, in sexually provocative poses, in lewd poses, and in poses depicting various sexual acts. Your affiant has also seen photographs, digital photographs, and videos of minor children being raped by adults orally, anally, and vaginally. Your affiant has over 1,900 hours of law enforcement training.

5. The facts in this affidavit come from your affiant's personal observations, training and experience, information that your affiant has obtained from other investigators, and information that your affiant has obtained from the National Center for Missing and

Exploited Children (NCMEC). This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

## APPLICABLE STATUTES

6. Possession of Child Pornography - 18 U.S.C. § 2252A(a)(5)(B)

## SUMMARY OF PROBABLE CAUSE

7. Your affiant secured a search warrant for Chad Longley's residence based on a Cybertip. Upon serving the search warrant, your affiant found digital devices belonging to Chad Longley that contained child pornography. Moreover, after providing *Miranda* warnings, Mr. Longley made confessions to possessing child pornography.

## PROBABLE CAUSE

*Your affiant received a Cybertip from Google, Inc. and began to investigate Chad Longley*

8. On 11-24-2020 I was assigned to investigate CyberTip 81661684. I saw that there were 39 files attached to this tip. I also saw that the electronic service provider, Google LLC, did not view all the files attached. I only viewed the files that were viewed by the electronic service provider, Google LLC, at the time they completed the CyberTip. I saw that the CyberTip listed the suspect as:

Name: Chad Longley

Mobile Phone: +12088501789 (Verified 07-10-2020 17:27:33 UTC)

Email Address: chadisanomad@gmail.com (Verified)

Email Address: longlec@hotmail.com

I researched, using the Idaho Department of Motor Vehicles (Idaho DMV) data, and found that on 12-10-2020 Chad Joseph Longley (born on 4-5-1979) has a current and

valid Idaho driver's license with a listed address of 3790 W. Parkcenter Blvd. Boise, Idaho. I am familiar with information from the Idaho DMV and know that is it commonly used by law enforcement and that it provides reliable, accurate and concise information.

9. I viewed the associated files provided by Google to The National Center for Missing and Exploited Children, attached to the Cybertip, that Google indicated were viewed by the electronic service provider. The following is my description of two (2) of the files.

10. Filename: Google-CT-RPT-a4d3baa81427b04858f73de0e0cc7ac9-aaaa boylovegay pedo preteen boy sex child porn 146(1).jpg

MD5: 40c36a4e47af54926a33fd61e11d3666

Original Filename Associated with File: aaaa boylove gay pedo preteen boy sex child porn 146(1).jpg

SHA1: 7C3C384FBB689624D8039D75CDE33C9B7E1DC8B1

This image is digital color image. The image shows two male subjects, I estimate them both to be about 8-10 years of age, due to their physical size, lack of pubic hair and the size of their genitalia and that the child does not have any visible chest hair. The males are photographed from the chest down. The subjects are seated, facing each other with their legs spread apart as they are close to each other. One male has no visible clothing and you can see the base of his erect penis as he engages in genital to anal penetration of the second male. As the children face each other, one has his legs under the other legs, so they can engage in the sex act. The other male's genitals are clearly visible. The sex act and male genitalia are the focus of the images. The second male, I estimate to be about 8-10 years of age. The child does not have any visible pubic hair, has a small penis and

scrotum and no visible hair on the stomach or lower chest area that is visible. The male child, being anally penetrated, is contracting his stomach muscles.

IP Address 75.174.38.196 Upload 09-01-2020 14:03:09 UTC

11. Filename: Google-CT-RPT-5fd08d4c8420626220d31c3ea32ff125-7975717Tiy.jpg

    MD5: 3e8e8bc42cf70422047f6710dbdc84b8

    Original Filename Associated with File: 7975717Tiy.jpg

    SHA1: 50F27950FBE38FEA35A4147B5CDD313A1D10F967

    This image is a digital color image. It depicts two male juveniles laying on a bed with their backs against a headboard facing the camera. One child is naked the other child has a blue tank top on. The naked child, I estimate to be about 11 years old, due to the physical size, lack of facial hair, chest hair and pubic hair, and that the child does not have any visible acne. The child with the tank top, I estimate to be about 8 years of age, due to the child's physical size, lack of pubic hair and facial hair and chest hair and does not have any visible acne. The naked child has his left arm around the younger child and his right arm is reach and grabbing, covering the genitalia of the younger child. The young child, with the tank top is reaching his right hand and grabbing, covering the genitalia of the older child. Each child is providing manual to genital contact to the other child.

    IP Address 75.174.38.196 Upload 09-01-2020 14:02:43 UTC

*Your affiant received a search warrant for Chad Longley's Google account and found child pornography within.*

12. I was granted a search warrant on December 12th, 2020, by the Hon. Ronald E. Bush, Chief U.S. Magistrate Judge for the District of Idaho, for the Google account

AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT RE: CHAD LONGLEY            5

chadisanomad@gmail.com. I served the search warrant on the same day. Within the return of data from Google LLC., the subscriber information from the account listed the following Google subscriber information:

Google Account ID: 103696508297

Name: Chad Longley

e-Mail: chadisanomad@gmail.com

Alternate e-Mails: longlec@hotmail.com

Created on: 2011-05-20 18:30:37 UTC

Terms of Service IP: 24.117.242.128

Terms of Service Language:

Birthday (Month Day, Year): April 5, 1979

Services: YouTube, iGoogle, Android, Google Calendar, Google Hangouts, Google Chrome Sync, Google Docs, Google Drive, Google Play, Google Photos, Google Payments, Location History, Google Buzz, Google Sites, Google Developers Console, Has Google One Membership Information, Google My Maps, Project Fi, Gmail, Chrome Web Store, Has Madison Account, Google Voice, Google Keep, Pikeplace User

Deletion Date:

Deletion IP:

Status: Disabled

Last Logins: 2020-10-18 14:17:54 UTC, 2020-10-14 15:13:02 UTC, 2020-10-13 01:54:56 UTC

ACCOUNT RECOVERY

Contact e-Mail: chadisanomad@gmail.com

AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT RE: CHAD LONGLEY                     6

Recovery e-Mail: longlec@hotmail.com

Recovery SMS: +12088501789 [US]

PHONE NUMBERS

Signin Phone Numbers: +12088501789 [US]

User Phone Numbers: +12088501789 [US]

Reachable Phone Numbers: +12088501789 [US]

2-Step Verification Phone Numbers:"

The subscriber information lists that the user accessed the account with an android device with an ID number of 34ff38969e15f723. It should also be noted that this account has "Google Photos" listed as one of the services. You affiant knows that this form of online or cloud storage is a common location to store digital photographs or digital .PNG or .JPG files.

13. Within the responsive data from the search warrant provided by Google was a file titled, CyberTip81661684.chadisanomad@gmail.com that contained all the file names listed in the original CyberTip. Within the Google account was a file path 5189038-20210115-1\CyberTip81661684.chadisanomad@gmail.com. Within this file was a combination of 39 JPG and PNG Files. The same number of images provided in the CyberTip.

14. Within the account was a file titled, Google-CT-RPT-1a6dcd284f22ed6dfc4263ca3f6fce53-8753658xWJ.

    The file has a MD5 of 3449877B2267F443B31DDE9D0DF0017D and a SHA1 of 44CC355FE4EA654317C49874C1B9202EDCB829FE

    This image is a color image, it shows a nude juvenile boy laying on his back. I estimate the child to be about 9 years old. The boy is reaching his right hand, in between his

AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT RE: CHAD LONGLEY                     7

separated legs, clearing showing his non erect penis, there is no pubic hair, chest hair or facial hair visible on the child. The child does not have any acne and has small leg, chest and arm muscles. The child is inserting his finger into his anus, thus providing manual to anal stimulation. The child has a scowl on his face.

15. Also within the account was a file titled, Google-CT-RPT-8b0c9f20079233a7f967204decb92267-24480693GFj. This image has a MD5 of E1C17C83E399D205D7900184C5D511DC and a SHA1 of 483A3ECDD9ABAFFB38AFF983C2127B33CD5821A3.

The file is a color image that shows two male juvenile's. One male child is nude from the stomach to his upper thighs, as that is all that is visible, as the boy lays on his back. The second boy is nude from his head to his chest, what is visible. That boy is leaning over providing oral to genital stimulation to the first described boy, laying on his back. The boy does not have any visible pubic hair. I estimate both children to be between the ages of 6-10. The boy laying on his back does not have any visible chest or pubic hair and has a small penis and stature, with small let, or thigh, muscles. The child providing the Oral contact does not have any visible chest or facial hair and does not have any visible acne with little chest and arm muscles.

16. Also within the account was a file titled, Google-CT-RPT-80c6cd1fa7d88391a6b1708a6e54fd06-goodboys1. The file has an MD5 of 17639F4ADED273CA83ED91153D4CEC7B and a SHA1 of 6B2BAE7A545B881AA573FB2B2494F66B9817FDB5

This file is a color image that shows two male juveniles. Both of the boys are nude. One child is laying on his back with his legs raised and separated. The second nude male boy

is on his knees, with his pelvis in between the separated legs of the boy laying on his back. The child on his knees is providing genital to anal stimulation to the other boy. I estimate both children to be about 9 years of age as neither have visible chest hair, facial hair or pubic hair. Both children have small genitalia and little muscle development to their bodies.

17. You affiant submitted an administrative subpoena that he obtained from Deputy Prosecuting Attorney, Katelyn M. Farley, Ada County Prosecuting Attorney's Office. The administrative subpoena was submitted to Century Link/Lumen for identifying information for the following I.P., Internet Protocol Address, at the listed date and time of 75.174.38.196 On 09-01-2020 at 14:03:09 UTC.

18. The return shows that I.P. Address 75.174.38.196 from 8-16-2020 until 9-4-2020 has a user of "longleygrant". The return shows that the I.P. address is related to Grant Longley, 3790 E PARKCENTER BLVD, BOISE ID 83716. The date and time associated with the subpoena were from the upload time for the following file.

    Original Filename Associated with File: aaaa boylove gay pedo preteen boy sex child porn 146(1).jpg

    SHA1: 7C3C384FBB689624D8039D75CDE33C9B7E1DC8B1

    MD5: 40c36a4e47af54926a33fd61e11d3666

*Physical surveillance of Chad Longley's residence*

19. On 1-19-2021 I drove by the residence of 3790 E. Parkcenter Blvd to look for a vehicle belonging to Chad Longley or to see if anyone was home. I drove by at about 3:45 PM and did not find any vehicle registered to Chad Longley. On 1-20-2021 at about 1:45 PM, I drove past his residence of 3790 E. Parkcenter Blvd. Boise, Idaho and saw a white

Acura 3.2 CL bearing license plate 1A035BC was parked on the side street next to the residence, as the residence is on a corner lot. The Idaho License Plate registration return to Chad Longley. The registration was determined by referencing the Idaho DMV database.

20. Nearly two months later, your affiant attempted to confirm Chad Longley's presence at the 3790 E. Parkcenter Blvd house. As an investigatory technique your affiant contacted Boise Police Officer E. Moreno on 3-17-2021, and requested that he use a ruse to locate and contact Chad Longley in a way that would not alert Chad Longley to the ongoing investigation in an effort to prevent the destruction of evidence or flight of the Defendant. At my request Officer E. Moreno knocked on the door of 3790 E. Parkcenter Blvd. Boise, Idaho to locate Chad J. Longley. Officer Moreno told me that he spoke to a female, named Dawna Longley. Officer Moreno said that was Chad Longley's mother. Officer E. Moreno said that Dawna told him that Grant was Chad Longley's father. Officer Moreno said that Dawna told him that Chad Longley lives at the address, but that he comes and goes. She said at the time he was on a bicycle ride but would be back soon. Officer Moreno left his business card. A short time later (approximately 15 minutes) Chad Longley called and requested a call back. I was with Officer Moreno and called Chad Longley at 208-850-1789. This is also the same telephone number associated with the Google account chadisanomad@gmail.com from the Cybertip. I called Chad Longley. Chad Longley answered the telephone call. The telephone number Chad Longley answered was the same one give to Officer Moreno by Dawna Longley. During my phone call with Chad Longley, he said that he has recently lived in Mexico, Utah, and Portland and planned to live in California soon. During my conversation with Chad

Longley, he stated that he purchased his vehicle, referring to his White Acura 3.2 CL bearing Idaho plate 1A035BC, in November of last year (2020). By referencing the Idaho DMV was able to locate a current and valid Idaho DMV License Plate registration for 1A035BC the 2001 White Acura with V.I.N. 19UYA42641A019348. I saw that the vehicle was registered on 11-20-2020 and valid until 10-31-2021. I researched and found a public Facebook account for Chad Longley that has a photograph of Chad J. Longley on the cover and states that the user traveled to Utah and Mexico with a female, possibly his girlfriend. Other photographs of Chad Longley were located on the Facebook account that showed him in a variety of locations. I am familiar with Chad Longley facial characteristics as I have viewed his photograph associated with his Idaho Driver's License, via the Idaho DMV. The Facebook profile subject photograph that your affiant viewed physically depicted the same subject in the photograph found on Chad Longley's Idaho Driver's License. At the same time Officer E. Moreno knocked on the door of 3790 E. Parkcenter Blvd., I saw that the 2001 White Acura 1A035BC V.I.N. 19UYA42641A019348 was parked next to the residence.

21. On 5-24-2021 at about 3:19 PM I saw Chad Longley exit the garage of 3790 Parkcenter Blvd. Boise, Idaho. Longley walked over to the white 2001 Acura 3.2CL with Idaho License Place 1A035BC. Longley went to the passenger side and may have opened the door, but my vision was blocked by a non-related vehicle. Longley then went to the front of the vehicle and examined the bumper and hood. I saw Longley then walk into the garage attached to the residence. I drove by and saw Longley standing by the door leading into the residence. In sum, given that Chad Longley's address is listed at 3790 E. Parkcenter Blvd. according to the Idaho DMV, that his vehicle was observed there on

three occasions, that your affiant observed Chad Longley at the residence on May 24, 2021, and that there is evidence that Chad Longley's Gmail was accessed at an IP registering back to this address.

*Your affiant received a search warrant for Chad Longley's residence*

22. Your affiant received a search warrant from the Honorable Judge Ronald Bush. Your affiant served this warrant on 6-14-2021.

*Interview of Chad Longley*

23. On 6-14-2021 I, Detective D. Robinson, saw Chad Longley's vehicle parked next to the residence at about 7:00 AM. A short time later members of the Idaho ICAC Task Force, Boise Police Department and I served the search warrant previously signed by the Honorable Judge. R. Bush to search the address of 3790 E. ParkCenter Blvd. Boise, Idaho, a 2001 White Acura 3.23 CL with Idaho License plate of 1A035BC and the person of Chad J. Longley. Longley was seen, by Detective B. Joseph (Boise Police Dept.) leaving the residence, driving away in the previously described vehicle. He was stopped, by Officer C. Turner and Office Price. I arrived on scene and introduced myself to Chad Longley. Longley was transported back to the mobile interview room. I read Longley his *Miranda* rights and he said he understood them. I confirmed that Longley was not on medication and had no medical conditions other than a sore back. Longley was alert and responsive. Longley also said that he had a Master's Degree in Education. Longley verbally identified himself. I knew it was Longley as he matched the photograph on his Idaho Driver's License. The following paragraphs captures a summation of a portion of my interview/interrogation with Chad J. Longley.

24. After advising Chad J. Longley of his *Miranda* rights and advising Longley he was not under arrest but was detained, Longley stated that he had viewed images of children under the age of 18, primarily boys, between the age of 11 and above, in sexual positions. He stated that he was not proud of this and that he tries to suppress that part of him, instead trying to focus on 18-25 year old men. Longley said that he began having thoughts about young boys as early as his teenage years but did not start to view images of boys/Child Pornography until he was in college. He said he has recently stopped viewing those images. Longley said he created the account chadisanomad@gmail.com, but that it was shut down. He said he did not know why. Longley said his telephone number is 208-850-1789, the same associated with the Google Account of chadisanomad@gmail.com. Longley said that he has not talked about viewing child pornography with anyone as because of the social stigma. Longley said he knows that viewing child pornography is illegal. Longley said he had an HP laptop that was kept in his room, on the shelf, and that he uploaded some of the content of that machine to his Google account, chadisanomad@gmail.com. Longley told me that he viewed images of children under the age of 18 engaged in sexual acts while using that HP Laptop. He said he did not know that he uploaded any of those types of images onto the Google Account. Longley said he masturbated to images of boys under the age of 18 in a sexual position or sexual acts, but could not describe how often, other than advising that it was not every time he looked at the material, and that he looked at the images a few times per month. Longley stated that the tablet (digital device) located in his bedroom was his. He said he did not recall looking at contraband images on that device, but that it was possible he did. He said that no one else would have looked at those type of images on the device.

*Review of evidence from Longley's residence*

25. Investigator T. Pittz, Idaho Attorney General's Criminal Division/ICAC Task Force located a silver colored (exterior) HP Laptop, Model 17-E146US and a brown colored (exterior) Asus Envy tablet and an Attaché thumb-drive that contained contraband images. Based on my training and experience, these digital devices travelled in affected interstate commerce. Investigator G. Lockwood viewed the data from a collected thumb-drive listed as Item #5. On the thumb-drive listed as "Attaché" were several files. Below are descriptions of three of the files.

26. File Name: 3fb6364adf0cdd458ba8a19ff6c69623

    File Size: 43.3 KB

    File Type: .JPG

    MD5: 329C6C9C6512C7A7D6EC4C9CE31BC4C8

    SHA1: 28DDA63713E4ED89FC269985CCC6046F67D0627E

    Detective K. Ferguson, Ada County Sheriff's Office, described the file as, "The digital file is a still color image showing two young male children completely nude. I estimate the age of both boys to be 9-12 years of age, both Caucasian with brown hair. Both boys are lying down on their backs. Each boy has a hand extended to the other child's genitals, grasping the other child's penis in a manner that indicates each boy is masturbating the other boy. More specifically, the child at the bottom of the image is using his right hand to grasp the penis of the male child at the top of the image, or on the child's right side. The child at the top of the image is reaching over himself to grasp the penis of the male child on his left side. Both children appear to have their focus in the

same direction. Both children are prepubescent, with no physical signs of body hair." I too viewed the file and agree with her description.

27. File Name: 47fe9ef91dab2c6a9d80d6ad3009425d

    File Size: 129 KB

    File Type: .JPG

    MD5: B25D409099E884951BEC07E00D8AA1AC

    SHA1: 9AF6E11FABF49123DC492E4065525B9EEB9E4C96

    Det. Ferguson viewed the file and described it as, "File Description: The digital file is a still color image that appears to depict the cover of a magazine. The top of the image says "BOY FUCK" in black and white bold font. The top left corner says, "ISSUE #8 – August 2005," and the top right corner reads, "FOR MEN WHO ENJOY SEX WITH KIDS." There is a large color image of a Caucasian male child approximately 10-12 years of age. The child is completely nude and is resting on his back with his right leg pulled behind his head, completely exposing his bare genitals and anus to the camera. The child has brown hair and hazel eyes. The text on the image reads, "Meet twelve-year old Danny, a paperboy who will do anything for a tip…we gave him a ten bucks and a gallon of cum!" The child is staring at the camera. There is a gold colored star graphic on the image that reads, "MAN-BOY CHILD PORN SPECTACULAR!" I too viewed this file and agree with her description, as well as also seeing a smaller images in the lower left had side of a small penis, set on a length measurement device. The penis and scrotum does not have any pubic hair and appears small in size, slightly over and inch according to the measurement device. The caption around the penis reads, "How long is the average second-grader's penis? We went inside the pants of 16 neighborhood boys to

find out! (And yes, we sucked every one of their delicious, hairless little cocks ... one of the fringe benefits of working in the child porn industry!)".

28. File Name: ffdabe7a289c748d9d7aba1782ab7c62

    File Size: 712 KB

    File Type: MPEG Video File

    MD5: 31A963B9D0D7347FB85408A7BB336D7A

    SHA1: 2F902FB24D711FA1C3224D0F6415B43941F239EE

    Det. Ferguson viewed and described the file as, "The digital file is a short video segment that depicts a male child approximately 9-12 years of age. The male child is completely nude and is positioned on his hands and knees, possibly on a bed. The male child is Caucasian and has dark brown hair. A white male adult is positioned behind the child inserting his penis into the child's anus. The adult male has his hand wrapped around the child's hips and his thrusting in a back and forth motion." I too viewed the file and agree with her description.

29. The following image description comes from the Asus tablet examined by Investigator G. Lockwood, listed as Item #3.

    Image Name: 67d8d92de6.360

    Type of File: MP4

    File Size: 68.8 MB

    MD5: A211EA29952B6A211FD964834F474F31

    SHA1: 067EBAD6F632D3EC1CC4A2DDDADC518E5253FE94

    Det. Ferguson viewed the file and described it a, "The digital file is a video file that is approximately 38 minutes and 21 seconds in length. The initial screen in the video is a

AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT RE: CHAD LONGLEY                    16

black screen with white letters that read, "BOYWANKERS.COM." The color video depicts a young male boy approximately 12-15 years of age. The child has sandy hair and is wearing a grey t-shirt. The boy pulls the t-shirt up and places is around his neck, leaving his nude body and genitals exposed to the camera. The boy appears to be manipulating the camera as though he is filming himself. The child immediately starts manually masturbating his penis with his hand. The child has no visible body hair. Later in the video, the boy positions his anus in front on the camera and ribs his anus with his fingers. A headboard and pillows can be seen in the background. Throughout the video, "BOYWANKERS.COM," occasionally flashes across the screen." I too viewed the file and agree with her description. Investigator C. Hardin, Idaho Attorney General's ICAC Task Force, viewed digital data from the HP Laptop, listed as Item #2 and found the following file.

File Name: 8ab41e400661ea8aacbc3a6790a69fb7

File Size: 65.6 MB

File Type: WMV Video File (VLC) (.WMV)

MD5: 34B95D915038DD6182ED0F30F08DA8C6

SHA1: 13006F09F9CBEA17B5AA2ABC1AC00F8D2B47D0E3

I viewed this file and described it as, a color digital video that plays for 6 minutes 55 seconds in time. The video does not have sound associated with it. The video shows a male boy that I estimate to be about 14 years old wearing a blue shirt. A second boy that I estimate to be about 16 wearing a grey shirt also appears in the frame. The first child, in a blue shirt, then repositions the camera as he pulls down his black workout pants, to expose he erect penis, at about the 03:10 mark. The boy has a small amount of pubic

hair. The boy covers his penis at about the 03:45 mark and then takes the device he is using to capture the recording and walks upstairs to a bedroom with what appears to be trophy's possibly sports trophies, on a dresser. The child then lays down on the bottom bed or a bunk bed set-up. At the 05:12 mark the boy pulls down his pants, focuses the camera on his penis, chest and face and begins to provide manual to genital stimulation until ejaculation. The recording then ends. The video appears to be recorded from the subject viewing the boy's activities from the Omegle platform as the work, "Omegle" is seen on the lower left hand side of the frame along with a recording program, ezvid recorder, interface besides the word, "Omegle".

_____
Dustin Robinson
Detective
Boise City Police Department
Special Deputy U.S. Marshal

Subscribed to electronically and sworn to telephonically to before me this 16th day of June, 2021.

_____
HONORABLE RAYMOND E. PATRICCO
UNITED STATES MAGISTRATE JUDGE