# CRIMINAL COVERSHEET

| | |
|---|---|
| **DEFENDANT'S NAME:** CHAD JOSEPH LONGLEY | **JUVENILE:** |
| **DEFENSE ATTORNEY:** | |
| Address: | **PUBLIC or SEALED:** PUBLIC |
| | **SERVICE TYPE:** WARRANT (Summons or Warrant or Notice (if Superseding)) |
| | **ISSUE:** YES |
| Telephone No.: | |
| **INVESTIGATIVE AGENT:** Dustin Robinson | **INTERPRETER:** NO |
| Telephone No.: (208) 919-4658 | If YES, language: |
| **AGENCY:** USMS/Boise Police Dept. | |
| **CASE INFORMATION:** | **RELATED COMPLAINT:** **CASE NUMBER:** |

## CRIMINAL CHARGING INFORMATION

**CHARGING DOCUMENT:** COMPLAINT

Felony: **X**           County of Offense: **ADA**
Class A Misdemeanor: _____      Estimated Trial Time: **4 days**
Class B or C Misdemeanor: _____
(Petty Offense)

| STATUTE (Title and Section(s)) | COUNT/ FORFEITURE ALLEGATION | BRIEF DESCRIPTION | PENALTIES (Include Supervised Release and Special Assessment) |
|---|---|---|---|
| 18 U.S.C. §§ 2252A(a)(5)(B) | ONE | Possession of Child Pornography | Up to 10 years of incarceration / not less than 5 years to lifetime supervised release / $250,000 fine, $5,100 Special Assessment |

Date: June 16, 2021          Assistant U.S. Attorney: **DAVID G. ROBINS**
                              Telephone No.: (208) 334-1584