# UNITED STATES DISTRICT COURT
# DISTRICT OF IDAHO
# U.S. MAGISTRATE JUDGE MINUTE ENTRY

☒ Initial Appearance on a Criminal Complaint
☒ Government's Motion for Detention CONTINUED
☒ Preliminary Hearing set for June 22 at 11:00 a.m.
☒ Detention Hearing set for June 22 at 11:00 a.m. (if needed)

MAGISTRATE JUDGE: Raymond E. Patricco, Jr.   DATE: June 18, 2021
DEPUTY CLERK/ESR: Jackie Hildebrand           TIME: 9:30 am -9:45 am
                                              Boise, ID Courtroom 7

### UNITED STATES OF AMERICA vs. CHAD JOSEPH LONGLEY
1:21-mj-00566-REP-1

Counsel for:   United States (AUSA): David Robins
               Defendant: Thad Blank, Federal Defender
               USPO: Gavin Zickefoose

☒ Defendant placed under oath.
☒ Defendant appears on a warrant/Complaint. Defendant has read the Complaint
☒ Court reviewed the record.
☒ Constitutional Rights to Jury Trial and Counsel advised.
☒ Maximum Penalties Provided.
☒ Notice given re *Brady v Maryland* to defendant and counsel.
☒ Financial Affidavit reviewed/qualified and Court appointed the Federal Defender to represent the defendant for today's hearing as well as for next week (if needed).

☐ Indictment     ☐ Information     ☒ Complaint
                                   ☒ Copy furnished to defendant/understand the charges and maximum penalties
                 ☐ Read by Clerk   ☒ Waived reading   ☐ Read by Interpreter

☒ Defendant plead Not Guilty.
☒ Defendant requested a continuance on the Preliminary and Detention Hearings.  The Court entered a Temporary Order of Detention.  The Preliminary and Detention Hearing set for 6/22/2021 at 11:00 a.m. (Mountain Time) before Judge Raymond E. Patricco.

☒ Parties may keep copy of Bail Report; So Ordered.
☒ Defendant remanded to the custody of the U.S. Marshal.